U.S. DISTRICT COURT
SOUTHERN DISTRICT

**FILED**
MAR 20 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY ___ DEPUTY

"MEMO"
TO CHIEF JUSTICE - M. Huff

'08 CV 0537 WQH NLS

MY NAME IS LEROY WILLIS JR.
I AM HOUSED AT 1173 FRONT SD, CA 92101
ON A COCAINE CHARGE CASE CD#208287
ATTORNEY IS MR ARENA APPOINTED BY PRIVATE
CONFLICTS OF COUNSEL PPC MR ARENA IS A X.D.A
FROM EL CAJON. ON ABOUT 2-8-08 HONORABLE
JOHN S. EINHORN DENIED PEOPLE MOTION
AGAINST A LINE UP BEFORE PRELIM EXAM
TAKES PLACE AND ORDERED A LIVE LINE UP.
UPON ARREST ALLEGE SUSPECT WAS NOT
FINGER PRINTED ARE BOOKED RELEASED AT
HOSPITAL IS THE STATEMENT IN SDPD REPORT.
ON ABOUT 8-8-07. NOW I REPEAT THE EVENTS
AFTER ARREST. 9-19-07. SDC JAIL COURT
SYSTEM. AND ARREST 9-19-07


(2.)

Honorable Einhorn ordered line up Dept 58 2-8-08 line up deputy Tony Rodriquez sworn in under oath by people. On 2-18-08 line up cancelled witness and attorney a no show on 2-25-08 resheduled line up deputy prepicked my number Sgt told me I would be #5. In front of my attorney and the other inmates he picked to be in my line up. The fair and impartial way to conduct a line up would be to allow inmates to form there own line that way no fix could be in question. How long has the sherriff been allowed to violate the constitutional rights of U.S. citizen in the court. While attorney Arena seems to be actually in on fix a dismissal means he does not do a prelim are a trial. A cut in pay His pocket →

(3.)

DEPUTY TONY RODRIGUEZ SEEMS NERVOUS AND BUSTED WHEN QUESTIONED THE ONLY HONESTY AND INTEGRITY COMES FROM THE D.A WHOM TOOK PHOTO'S OF EVERYONE WITHOUT A NUMBER SLOT THE OTHER D.A. NEVER REVEALED HERSELF SHE'S ALLEGED TO BE STANDING NEXT TO WITNESS. BRIAN Gilbert SESMA INVESTIGATION SERVICE ALLEGE THAT STATEMENT 619-231-9822.

ATTORNEY ARENA MORE THAN LIKELY HAS DISCIPLINE HIM FOR SPEAKING OUT ALSO THERE A VIDEO OF LINE UP. THE HONEST D.A CALL OUT THE NUMBERS AND TOOK PHOTO OF INMATES WITHOUT NUMBER'S SHE IS SHORT (WHITE) AND WHITE & NICE.

(4)

1. THERE INTERNAL AFFAIRS
2. IS YOU KNOW. COME ON THERE A WAY
3. RIGHT WITHOUT SIN. SO THEY SAY.
4. 
5. BONNIE DUMMAIS NEED A REALITY
6. CHECK. DEPUTY BRUCE MURDERED
7. HIS WIFE BECAUSE? DUMMAIS
8. SAY HE SHOULD BE GIVEN A LIGHT
9. SENTENCE. THERE COUNTY CLAIMS OFFICE
10. WILL NOT MAIL CLAIM FORM COUNTY ADMIN
11. BLDG 1600 PACTIC HIGHWAY. MR ARENA
12. 
13. FEELS ALL BLACK ARE IGNORANT AND
14. BEING BORN IN ITTAY IS A PLUS. HE IS
15. SO WRONG. THEY OVERLOOK IT DOES NOT
16. MATTER WHO THE WITNESS PICKED
17. THE CONSTITUTION WAS VIOLATED IN THE
18. PROCESS OF THE LINE UP. EVANS CASE
19. APPLY TO LINE UP. DEPT 58 CITED EVANS
20. WHEN HE DENIED PEOPLE MOTION
30. I AM A GREEN BANGER. D.A REJECT
31. ON A 2002 INCIDENT. WITH DEPUTYS. I HAVE YET TO FILE 1983 USC.

UCSD HOSPITAL 2002.
MY EYE WHILE DEPUTY ASSAULTED ME WHILE IN MY BACK FRACTURE
CHAINED TO A BED 2002. NOW I HAVE NIGHTMARES IN 2008

MS. DUMMAIS KNOWS ABOUT CORRUPTION
THE FIX! lineups 619-231-3100
My Attorney &
D.A. AND DEPUTY OVERLOOKED
I WOULD CATCH IT. Judge BOOK BY color
THERE law library HAS NO F.R.C.P. BOOKS.

AND NOTE WHEN YOU "BUST" THEM
THEY LIE & COVER IT. (BARRY BONDS)
(MARION JONES). IT HAS TO END. NOW.

MS. DUMMAIS WAS RAN OUT OF L.A
CA. COURTS NOW SHE DOWN IN
S.D STILL CORRUPT

Bill Kollender NOW. SDPD
Undercover cop SEX for information
TRADE
ON DRUGS officer TAGABAN. & SMOKES it
TEAM #8.  under penalty & perjury
L W J IN GOD REST° REST.
Leroy Willis Jr. 3-14-06

982(a)(16)

| SHORT TITLE: MLMC | CASE NUMBER: |
|---|---|

## PROOF OF SERVICE OF SUBPOENA

1. I served this ☐ Subpoena ☐ Subpoena Duces Tecum and supporting affidavit by personally delivering a copy to the person served as follows:

   a. Person served (name): CHEIF JUSTICE - M. HUFF

   b. Address where served: 6TH FRONT ST SD, CA 92101

   SOMEONE GET TO THE TRUTH!

   c. Date of delivery:

   d. Time of delivery:

2. I received this subpoena for service on (date):

3. ☐ NON-SERVICE RETURN OF SUBPOENA

   a. ☐ After due search, careful inquiry, and diligent attempts at the dwelling house or usual place of abode or usual place of business, I have been unable to make personal delivery of this ☐ Subpoena ☐ Subpoena Duces Tecum in this county on the following persons (specify):

   b. Reason:
   
   (1) ☐ Unknown at address.
   (2) ☐ Moved, forwarding address unknown.
   (3) ☐ No such address.
   (4) ☐ Out-of-county address.
   (5) ☐ Unable to serve by hearing date.
   (6) ☐ Other reasons (explanation required):

4. ☐ Person serving:

   a. ☒ Not a registered California process server.
   b. ☐ California sheriff, marshal, or constable.
   c. ☐ Registered California process server.
   d. ☐ Employee or independent contractor of a registered California process server.
   e. ☐ Exempt from registration under Bus. & Prof. Code section 22350(b).
   f. Name, address, and telephone number and, if applicable, county of registration and number:

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: 3-14-08

▶ _Leroy Willis Jr_
(SIGNATURE)

(For California sheriff, marshal, or constable use only)
I certify that the foregoing is true and correct.

Date:

▶ _____
(SIGNATURE)

982(a)(16) [Rev. January 1, 2005]

**SUBPOENA AND PROOF OF SERVICE**
**(CRIMINAL OR JUVENILE)**

Page 2 of 2

JS44
(Rev. 07/89)

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE SECOND PAGE OF THIS FORM.)

**I (a) PLAINTIFFS**

Leroy Willis Jr.

**DEFENDANTS**

Unknown

FILED
MAR 20 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

**(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF** San Diego
(EXCEPT IN U.S. PLAINTIFF CASES)

**COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT**
(IN U.S. PLAINTIFF CASES ONLY)

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED

**(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)**
Leroy Willis Jr.
PO Box 122952
San Diego, CA 92112
7770645

**ATTORNEYS (IF KNOWN)**

'08 CV 0537 WQH NLS

**II. BASIS OF JURISDICTION (PLACE AN x IN ONE BOX ONLY)**

☐ 1 U.S. Government Plaintiff
☐ 3 Federal Question (U.S. Government Not a Party)
☒ 2 U.S. Government Defendant
☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN X IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT) (For Diversity Cases Only)**

| | PT | DEF | | PT | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐1 | ☐1 | Incorporated or Principal Place of Business in This State | ☐4 | ☐4 |
| Citizen of Another State | ☐2 | ☐2 | Incorporated and Principal Place of Business in Another State | ☐5 | ☐5 |
| Citizen or Subject of a Foreign Country | ☐3 | ☐3 | Foreign Nation | ☐6 | ☐6 |

**IV. CAUSE OF ACTION** (CITE THE US CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE. DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY).

28 USC 2241

**V. NATURE OF SUIT (PLACE AN X IN ONE BOX ONLY)**

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| | PERSONAL INJURY | PERSONAL INJURY | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reappointment |
| ☐ 110 Insurance | ☐ 310 Airplane | ☐ 362 Personal Injury-Medical Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 120 Marine | ☐ 315 Airplane Product Liability | | ☐ 625 Drug Related Seizure of Property 21 USC881 | PROPERTY RIGHTS | ☐ 430 Banks and Banking |
| ☐ 130 Miller Act | ☐ 320 Assault, Libel & Slander | ☐ 365 Personal Injury - Product Liability | ☐ 630 Liquor Laws | ☐ 820 Copyrights | ☐ 450 Commerce/ICC Rates/etc. |
| ☐ 140 Negotiable Instrument | ☐ 330 Federal Employers' Liability | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 640 RR & Truck | ☐ 830 Patent | ☐ 460 Deportation |
| ☐ 150 Recovery of Overpayment &Enforcement of Judgment | ☐ 340 Marine | | ☐ 650 Airline Regs | ☐ 840 Trademark | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 151 Medicare Act | ☐ 345 Marine Product Liability | PERSONAL PROPERTY | ☐ 660 Occupational Safety/Health | SOCIAL SECURITY | ☐ 810 Selective Service |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 350 Motor Vehicle | ☐ 370 Other Fraud | ☐ 690 Other | ☐ 861 HIA (13958) | ☐ 850 Securities/Commodities Exchange |
| ☐ 153 Recovery of Overpayment of Veterans Benefits | ☐ 355 Motor Vehicle Product Liability | ☐ 371 Truth in Lending | LABOR | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge 12 USC |
| ☐ 160 Stockholders Suits | | ☐ 380 Other Personal Property Damage | ☐ 710 Fair Labor Standards Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 891 Agricultural Acts |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 385 Property Damage Product Liability | ☐ 720 Labor/Mgmt. Relations | ☐ 864 SSID Title XVI | ☐ 892 Economic Stabilization Act |
| ☐ 195 Contract Product Liability | | | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act | ☐ 865 RSI (405(g)) | ☐ 893 Environmental Matters |
| REAL PROPERTY | CIVIL RIGHTS | PRISONER PETITIONS | ☐ 740 Railway Labor Act | FEDERAL TAX SUITS | ☐ 894 Energy Allocation Act |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence Habeas Corpus | ☐ 790 Other Labor Litigation | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 895 Freedom of Information Act |
| ☐ 220 Foreclosure | ☐ 442 Employment | | ☐ 791 Empl. Ret. Inc. Security Act | ☐ 871 IRS - Third Party 26 USC 7609 | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 230 Rent Lease & Ejectmant | ☐ 443 Housing/Accommodations | ☐ 530 General | | | |
| ☐ 240 Tort to Land | ☐ 444 Welfare | ☐ 535 Death Penalty | | | ☐ 950 Constitutionality of State |
| ☐ 245 Tort Product Liability | ☐ 440 Other Civil Rights | ☒ 540 Mandamus & Other | | | ☐ 890 Other Statutory Actions |
| ☐ 290 All Other Real Property | | ☐ 550 Civil Rights | | | |
| | | ☐ 555 Prisoner Conditions | | | |

**VI. ORIGIN (PLACE AN X IN ONE BOX ONLY)**

☒ Original Proceeding  ☐ 2 Removal from State Court  ☐ 3 Remanded from Appelate Court  ☐ 4 Reinstated or Reopened  ☐ 5 Transferred from another district (specify)  ☐ 6 Multidistrict Litigation  ☐ 7 Appeal to District Judge from Magistrate Judgment

**VII. REQUESTED IN COMPLAINT:**  ☐ CHECK IF THIS IS A CLASS ACTION UNDER f.r.c.p. 23

DEMAND $

Check YES only if demanded in complaint:
JURY DEMAND: ☐ YES  ☐ NO

**VIII. RELATED CASE(S) IF ANY** (See Instructions): JUDGE _____  Docket Number _____

DATE  3/20/2008

SIGNATURE OF ATTORNEY OF RECORD
[signature: R. Willis]