**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LEROY WILLIS, JR.,<br><br>                    Petitioner,<br><br>        v.<br><br>UNKNOWN, Warden,<br><br>                    Respondent. | Civil No.     08-0537 WQH (NLS)<br><br>**ORDER DENYING REQUEST TO PROCEED IN FORMA PAUPERIS AND DISMISSING CASE WITHOUT PREJUDICE** |

On March 20, 2008, Petitioner, proceeding pro se, filed a Petition for a Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241. On April 3, 2008, this Court dismissed the case without prejudice because Petitioner failed to satisfy the filing fee requirement. The Court notified Petitioner that, in order to have his case reopened he must, no later than May 27, 2008, either pay the filing fee or provide adequate proof of his inability to pay.

On May 27, 2008, Petitioner filed a request to proceed in forma pauperis which reflects a $50.07 trust account balance at the facility in which he is presently confined. It appears Petitioner can afford the $5.00 filing fee. Accordingly, the Court **DENIES** the request to proceed in forma pauperis, and again **DISMISSES** the case without prejudice. To have the case

///

///

///

1  reopened, Petitioner must, no later than **July 18, 2008** provide the Court with: (1) a copy of this
2  Order together with the $5.00 filing fee; or (2) a copy of this Order together with adequate proof
3  that Petitioner cannot pay the $5.00 filing fee

4  **IT IS SO ORDERED.**

5  DATED:  June 4, 2008

6  *William Q. Hayes*
   **WILLIAM Q. HAYES**
7  United States District Judge