NUNC PRO TUNC

08CV0537 WQH (NLS)

JUL 18 2008

FILED

2008 JUL 23 AM 10: 14

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY_____ DEPUTY

LETTER

U. S. DISTRICT COURT

Southern DISTRICT Rm

LeRoy Willis V. STEVEN Ritter

FRCP-rule 35                    WQH.

FRCP-60(b)  FRCP 9(b).  NEW EVIDENCE
Circuit rule 33-1              WHILE in JAIL
                              on SCD208287

JASON P. Tortorici
WAS mailed A copy
of check issued to
mr willis. mr willis 6-20-08
i can Hire Two. Experts
To Voice Different
MEDICAL Finding
Are mr Tortorici
can put offer back on Table
To settle. under penalty
And perjury.
                    LeRoy Willis Jr 7-16-08

# SAN DIEGO SHERIFFS DEPARTMENT

## Account Activity

**Fac:** 1          **Account Group:** INMATE          **Account Type:** GEN

**Account #:** 7770645

**Name(L,F,M,S):** WILLIS, LEROY

**Start Dt/Tm:** 01-01-1990 1200          **Ending Dt/Tm:** 07-16-2008 0737

| Transaction # | Transaction Type | Transaction Date | Amount | Running Balance |
|---|---|---|---|---|
| 400885717 | INTAKE | 09-19-2007 1059 | $10.00 | $10.00 |
| 400909009 | COM | 10-04-2007 0713 | ($9.83) | $0.17 |
| 400910054 | COMRET | 10-04-2007 1701 | $1.21 | $1.38 |
| 400910953 | INDEP | 10-05-2007 1206 | $20.00 | $21.38 |
| 400920838 | COM | 10-11-2007 0832 | ($19.80) | $1.58 |
| 400933119 | INDEP | 10-19-2007 1557 | $20.00 | $21.58 |
| 400948851 | COM | 11-01-2007 0731 | ($21.29) | $0.29 |
| 400966961 | INDEP | 11-13-2007 1758 | $25.00 | $25.29 |
| 400970049 | COM | 11-15-2007 0733 | ($25.00) | $0.29 |
| 401008952 | INDEP | 12-11-2007 1202 | $20.00 | $20.29 |
| 401012149 | COM | 12-13-2007 0747 | ($20.00) | $0.29 |
| 401052275 | INDEP | 01-06-2008 1239 | $10.00 | $10.29 |
| 401057128 | INDEP | 01-08-2008 1756 | $10.00 | $20.29 |
| 401060132 | COM | 01-10-2008 0739 | ($20.25) | $0.04 |
| 401096156 | INDEP | 01-31-2008 0949 | $60.00 | $60.04 |
| 401110250 | INDEP | 02-08-2008 1412 | $20.00 | $80.04 |
| 401132691 | COM | 02-21-2008 0740 | ($71.97) | $8.07 |
| 401145263 | COM | 02-28-2008 0821 | ($8.00) | $0.07 |
| 401192352 | INDEP | 03-25-2008 1402 | $50.00 | $50.07 |
| 401231297 | COM | 04-17-2008 0643 | ($49.86) | $0.21 |
| 401232632 | COMRET | 04-17-2008 1701 | $9.95 | $10.16 |
| 401243476 | COM | 04-24-2008 0708 | ($10.11) | $0.05 |
| 401311761 | INDEP | 06-02-2008 1324 | $20.00 | $20.05 |
| 401316896 | COM | 06-05-2008 0726 | ($19.61) | $0.44 |
| 401327375 | INDEP | 06-11-2008 1355 | $10.00 | $10.44 |
| 401328832 | COM | 06-12-2008 0729 | ($10.21) | $0.23 |
| 401329937 | COMRET | 06-12-2008 1701 | $0.49 | $0.72 |

**Transaction Total:** $0.72

### Total Amount by Transaction Type

| | |
|---|---|
| COM / COMMISSARY INMATE PURCHASING ITEMS | ($285.93) |
| COMRET / COMMISSARY - INMATE RETURNING ITEMS | $11.65 |
| INDEP / INMATE CASH DEPOSIT | $265.00 |

# SAN DIEGO SHERIFFS DEPARTMENT

## Account Activity

|  | Total Amount by Transaction Type |
|---|---|
| NTAKE / INTAKE OF FUNDS FROM PRE-BOOKING PERSONAL PROPERTY SCREEN | $10.00 |
| **Transaction Total:** | $0.72 |