3:08-CV-0537 WQH
FILED
2008
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY_____ RM_____ DEPUTY
NUNC PRO TUNC
JUL 3 1 2008

Mr leroy Willis Jr    A investigation

Let Me Bring to the

the Court Attention

Judge WQH

it s very Disturbing Game?

Wont Mailed Me a

document stateing

case dismissed without

presudice I could file

Habeas corpus

My frist Account statement

He claim was not vaild

so He sent Me

Another form And

extended time

CLERK US DISTRICT COURT
JUL 3 1 2008
RECEIVED

i FORWARDED another
statement

Balance of .12 ¢

i Assume WQH
Assumes i Have control
over someone placeing
Fund on my books AT
Jail due to issue
He redected trust
Account statement
Allegeing i HAD Fileing
Fee As iF i could
WALK it over to
880 Front from
this corrupt Jail
And Racially motivated deputys

And Judges

it seems there
in a circle
on Broadway And on
front. SD, CA Full

i would like to no
if your the clerk
Don't mind explaing

what happen to

My    Discharge

UCSD Summary 2002

Medical Report
i Mailed to room
4290 with a
Account Statement
Before second Deadline?

I MEAN GOD will
Release me Again.

All smart Mouths
Really be careful

All your personal DATA
is in my "computer"

GOD EARTH & HEAVEN
NOT YOURS.
your sold by SDG&e
AT & T
WATER DEPT
DMV
All of you over
AT 800 FRONT
WAKE UP

YOUR SO SMART ?

SO YOU people
THINK
         real
SAO
YOU Judge MY
HAND WRITEING
MY spelling
YOU CANNOT
embe
YOUR COL # AND House
               LOAN
I HAVE NO USE   credit ACC #
For ANY of YOU

ACTUALLY YOUR ALL
         ACUTALLY NOBODY
IN GOD eye but sinners
like ALL    NOTE please
HUMANS

i DO DEMAND
Respect
you see
MY FORFATHER'S
CARVE THE
supreme court
steps. NOTE History.

I AM 110%
legal Never
forget it
When you RACIAL PROFILE
District clerk et, AL
M Huff and company
i mailed your clerk

Account
Stat ment
Before Deadline
i Do not Have To lie.
iT Made iT.
on Time. (err.) insua
find iT.

LWO
7-28-08

Jesus    Africa
Tribe t in
real
kind my
DAD.
But earth
must
end. read    Forgiven
revalation.    Merciful